TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00374-CV

In the Matter of C. M.

FROM THE DISTRICT COURT OF BEXAR COUNTY, 289TH JUDICIAL DISTRICT

NO. 98-JUV-01027, HONORABLE CARMEN KELSEY, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. Ten days have passed without
any objection that this dismissal will prevent any other party from seeking relief. We grant the
motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: February 10, 2000

Do Not Publish